IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GERALDINE KITCHINGS** | § | **PLAINTIFF** |
| | § | |
| **v.** | § CIVIL ACTION NO. 1:05CV350-LG-RHW | |
| | § | |
| **THE DEMOCRATIC EXECUTIVE** | § | |
| **COMMITTEE AND CHRIS MOORE** | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Defendants' Motion to Dismiss [8], the Court, after a full review and consideration of Defendants' Motion, the pleadings on file and the relevant legal authority, finds that in accord with the order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss [8] should be and is hereby **GRANTED**.  This action is hereby **DISMISSED** without prejudice.

**SO ORDERED AND ADJUDGED** this the 30th day of May, 2007.


s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE